**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| GUSE ERICKSON CO A CORPORATION | CASE NO. 04B-39579 JS |
| | JUDGE JOHN SQUIRES |
| Debtor(s) | |

## TRUSTEE'S FINAL REPORT

To:    THE HONORABLE JOHN SQUIRES
       BANKRUPTCY JUDGE

NOW COMES DAVID GROCHOCINSKI, TRUSTEE herein, and respectfully submits to the Court and to the United States Trustee his/her Final Report and Account in accordance with 11 U.S.C. §704(9).

1.    DAVID GROCHOCINSKI, TRUSTEE was appointed as the Chapter 7 trustee ("Trustee"). The Petition commencing this case was filed on 10/25/04.  The Trustee was appointed on 10/25/04.  An order for relief under Chapter 7 was entered on 10/25/04.

2.    The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code.  The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed.  The tasks performed by the Trustee are set forth on Exhibit A.

3.    The disposition of estate property is set forth in Exhibit B.  The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.    A summary of the Trustee's Final Report as of 4/11/07 is as follows:

       a.  RECEIPTS (See Exhibit C)              $            113,607.59

|   |   |   |
|---|---|---|
| b. DISBURSEMENTS (See Exhibit C) | $ | 9,324.81 |
| c. NET CASH available for distribution | $ | 104,282.78 |
| d. TRUSTEE/PROFESSIONAL COSTS | | |
|   1. Trustee compensation requested (See Exhibit E) | $ | 8,930.38 |
|   2. Trustee Expenses (See Exhibit E) | $ | 0.00 |
|   3. Compensation requested by attorney or other professionals for trustee (Exhibit F) | $ | 13,751.30 |
| e. Illinois Income Tax for Estate (See Exhibit G) | $ | 0.00 |

5.    The Bar Date for filing unsecured claims expired on 03/17/05.

6.    All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the

Trustee.   The actual dollar amount of claims allowed and/or requested for this estate is as follows:

|   |   |   |
|---|---|---|
| a. Allowed unpaid secured claims | $ | 248,480.07 |
| b. Chapter 7 Administrative and 28 U.S.C. §1930 claims | $ | 22,681.68 |
| c. Allowed Chapter 11 Administrative Claims | $ | 0.00 |
| d. Allowed priority claims | $ | 948.20 |
| e. Allowed unsecured claims | $ | 1,355,406.12 |

7.    Trustee proposes that unsecured creditors receive a distribution of 0.00% of allowed claims.

8.    Total compensation and expense previously awarded to Trustee's counsel, accountant or other

professional was $0.00.  Professional's compensation and expense requested but not yet allowed is

$13,751.30.  The total of Chapter 7 professional fees and expenses requested for final allowance is

$22,681.68. (A summary of the professional fees and expenses previously requested is attached hereto

as Exhibit G.)

9.    A fee of $7,500.00 was paid to Debtor's counsel for services rendered in connection with this

case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for noti ce and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b).   The Trustee further request s that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.


Dated: 4/11/07                                   RESPECTFULLY SUBMITTED,


                                        By:/s/David E. Grochocinski
                                            DAVID GROCHOCINSKI, TRUSTEE
                                            1900 RAVINIA PLACE
                                            ORLAND PARK, IL  60462
                                            Telephone # (708) 226-2700

Grochocinski, Grochocinski & Lloyd, Ltd.
1900 Ravinia Place
Orland Park, IL  60462

Invoice submitted to:
Guse Erickson

April 10, 2007

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/1/2004 | DEG | Review of schedules and statement of financial affairs prior to 341 meeting | 0.80<br>350.00/hr | 280.00 |
| 11/15/2004 | DEG | Receipt and review of plaintiff's motion for voluntary dismissal and agreed order of dismissal regarding Marias vs. Guse | 0.20<br>350.00/hr | 70.00 |
| | DEG | Receipt and review of corporate resolution to borrow with Cole Tyalor Bank | 1.00<br>350.00/hr | 350.00 |
| 11/30/2004 | DEG | Telephone conference with Carey Brown | 0.20<br>350.00/hr | 70.00 |
| 12/1/2004 | DEG | Review of schedules and statement of financial affairs prior to 341 meeting | 1.50<br>350.00/hr | 525.00 |
| 12/2/2004 | DEG | Telephone conference with attorney for Cole Taylor bank and discussion of motion | 0.30<br>350.00/hr | 105.00 |
| 12/14/2004 | DEG | Prepared initial report of assets; file with court | 0.20<br>350.00/hr | 70.00 |
| 12/17/2004 | DEG | Receipt of bar date and mark up file to check claims | 0.20<br>350.00/hr | 70.00 |
| | DEG | Receipt and review of letter from United Fire Group regarding claim | 0.20<br>350.00/hr | 70.00 |
| 12/22/2004 | DEG | Letter to Cary Brown regarding documentation requested relative to accounts receivable; tax returns; check registers etc. | 0.30<br>350.00/hr | 105.00 |
| | DEG | Letter to Cary Brown regarding additional documentation relative to accounts receivable; tax returns etc. as discussed at 341 meeting | 0.20<br>350.00/hr | 70.00 |
| 12/28/2004 | DEG | Letter from Cary Brown regarding additional documents; forwarded request to client to be received by January 8th | 0.20<br>350.00/hr | 70.00 |
| 1/18/2005 | DEG | Receipt and review of documentation requested | 1.50<br>350.00/hr | 525.00 |



Guse Erickson

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/10/2005 | DEG | Letter from Michael Murray regarding retention in connection with Way-Ken pending in Circuit Court of Cook County | 0.20<br>350.00/hr | 70.00 |
| | DEG | Receipt and review of attorney-client contract | 0.80<br>350.00/hr | 280.00 |
| 2/16/2005 | DEG | Receipt and review of long letter from Michael Murray regarding affidavits requested and enclosure of same; and related issues with Way-Ken | 0.30<br>350.00/hr | 105.00 |
| 2/22/2005 | DEG | Letter from Michael Murray regarding motion by plaintiff set for March 2, 2005. | 0.20<br>350.00/hr | 70.00 |
| 2/25/2005 | DEG | Receipt and review of letter and revised affidavits of Michael Murray and Kevin Murnighan | 0.20<br>350.00/hr | 70.00 |
| 3/25/2005 | DEG | Receipt and review of letter from Mike Murray regarding Way-Ken's motion for turnover order; continued to 4/4/05 | 0.20<br>350.00/hr | 70.00 |
| 3/28/2005 | DEG | Facsimile letter to Mike Murray regarding Way-Ken vs. Marias and copy of order in another Guse case | 0.30<br>350.00/hr | 105.00 |
| 4/5/2005 | DEG | Letter from Mike Murray regarding Way-Ken lien | 0.30<br>350.00/hr | 105.00 |
| 4/27/2005 | DEG | Letter to Mike Murray with letter received from Hinshaw and Culbertson regarding McWilliams vs. Guse | 0.20<br>350.00/hr | 70.00 |
| 5/13/2005 | DEG | Receipt and review of letter from Mike Murray regarding McWilliams Electric and Way-Ken Contractors litigation | 0.20<br>350.00/hr | 70.00 |
| 5/27/2005 | DEG | Receipt and review of letter from Mike Murray regarding offer to settle Way Ken; trustee agrees and will do application to settle | 0.20<br>350.00/hr | 70.00 |
| 9/9/2005 | DEG | Facsimile letter to Mike Murray regarding proposed statement of services | 0.50<br>350.00/hr | 175.00 |
| 9/18/2005 | DEG | Receipt and review of long letter from Mike Murray regarding Capital Development Board | 0.50<br>350.00/hr | 175.00 |
| 10/6/2005 | DEG | Letter to Frederick Hahn with executed W-9 to allow for issuance of checks | 0.50<br>350.00/hr | 175.00 |
| 10/8/2005 | DEG | Receipt of letter from Mike Murray regarding need for W-9 form to be sent to Way-Ken Contractors | 0.20<br>350.00/hr | 70.00 |
| 11/18/2005 | DEG | Letter to Mike Murray regarding settlement discussion and order regarding Way-Ken and amended time from his firm | 0.20<br>350.00/hr | 70.00 |
| 12/20/2005 | DEG | Review of claims docket | 0.20<br>350.00/hr | 70.00 |
| | DEG | Letter to Mike Murray requestion response to letter of Novmeber 18; where are the funds and amended fee applications | 0.30<br>350.00/hr | 105.00 |
| 3/3/2006 | DEG | Letter to Mike Murray with complete replacement warrant request and affidavit relative to funds from State of Illinois | 0.50<br>350.00/hr | 175.00 |
| 3/6/2006 | DEG | Facsimile letter to Mike Murray; completed affidavit and sent on the 3rd. | 0.20<br>350.00/hr | 70.00 |
| 4/25/2006 | DEG | Letter from Mike Murray regarding status of balances of Guse matters | 0.20<br>350.00/hr | 70.00 |
| 5/2/2006 | DEG | Receipt and review of fax from Mike Murray; long letter regarding Capital Development board; also invoice for services rendered by firm to date | 0.50<br>350.00/hr | 175.00 |
| 8/9/2006 | DEG | Receipt and review of letter and proposed settlement agreement; execute same and return to Mike Murray | 0.30<br>350.00/hr | 105.00 |

Guse Erickson

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/26/2006 | DEG | Letter from Mike Murray; regarding Hahn's cover letter and cop yof executed closeout agreement; payment to be received upon court approval of settlement | 0.30 350.00/hr | 105.00 |
| 9/19/2006 | DEG | Receipt and review of letter from Mike Murray with settlement check for $41,201.21 received from Capital Development Board.; deposit funds to estate account | 0.30 350.00/hr | 105.00 |
| 10/3/2006 | DEG | Letter to accountant with order of employment and necessary documents to prepare returns | 0.50 350.00/hr | 175.00 |
| 10/4/2006 | DEG | Facsimile letter to Mike Murray reminder; need amended statement from firm relative to services rendered | 0.20 350.00/hr | 70.00 |
| 11/7/2006 | DEG | Letter to Michael Murray with check in the amount of $9,136.49; fees and expenses as special counsel | 0.50 350.00/hr | 175.00 |
| 11/8/2006 | DEG | Letter to TCF National Bank regarding current balance of account; attach assignment letter as Trustee for the estate | 0.20 350.00/hr | 70.00 |
| 11/9/2006 | DEG | Letter to Cary Brown regarding Cole Taylor Bank lien; no proof of claim filed | 0.20 350.00/hr | 70.00 |
| | DEG | Letter to Cary Brown regarding claim of Cole Taylor Bank; paid via Guse sale of house | 0.60 350.00/hr | 210.00 |
| 11/13/2006 | DEG | Telephone conference with Bryn Perna regarding claim of Cole Taylor Bank to confirm no claims; had secured interest on schedules but no claim filed | 0.90 350.00/hr | 315.00 |
| 11/14/2006 | DEG | Receipt and review of letter from Michael Murray of Carey, Filter, White & Boland regarding completion of litigation filed by Way Ken | 0.20 350.00/hr | 70.00 |
| 11/15/2006 | DEG | Claim and letter from Sheryl Fyock regarding secured claim of Cole Taylor Bank; review of same | 1.20 350.00/hr | 420.00 |
| 11/16/2006 | DEG | Receipt and review of Cole Taylor Bank's secured proof of claim and supporting documentation | 0.50 350.00/hr | 175.00 |
| 1/15/2007 | DEG | Letter to Fyock regarding claims | 0.30 350.00/hr | 105.00 |
| | DEG | Receipt and review of email from Fyock regarding status | 0.30 350.00/hr | 105.00 |
| 2/8/2007 | DEG | Telephone conference with TCF regarding funds in account | 0.40 350.00/hr | 140.00 |
| 2/23/2007 | DEG | Note to Benedetti regarding reqeust for status | 0.20 350.00/hr | 70.00 |
| | DEG | Telephone conference with Sheryl Fyock regarding Bennedetti request | 0.50 350.00/hr | 175.00 |
| 2/27/2007 | DEG | Note to Sheryl Fyocke regarding request by Benedetti | 0.30 350.00/hr | 105.00 |
| | DEG | Report on status of Guse case to Mike Bennedetti | 0.60 350.00/hr | 210.00 |
| 3/7/2007 | DEG | Telephone conference with accountant regarding tax return refunds for 2004; returns filed by Guse | 0.60 350.00/hr | 210.00 |
| 3/22/2007 | DEG | Letter to IRS and IDR regarding prompt determination | 0.60 350.00/hr | 210.00 |
| | DEG | Review of tax return for 2004 and 2005 regarding Guse Erickson | 2.10 350.00/hr | 735.00 |
| 4/2/2007 | DEG | Review of 2006 returns for Guse (refund) | 0.80 350.00/hr | 280.00 |

Guse Erickson                                                                            Page    4

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/2/2007 | DEG | Certified letter regarding prompt determdination and request refund | 0.50<br>350.00/hr | 175.00 |
| 4/9/2007 | DEG | Prepared final report | 4.20<br>350.00/hr | 1,470.00 |

SUBTOTAL:                                                            [       31.00       10,850.00]

<u>Turnover of bank funds</u>

| 1/11/2007 | DEG | Review of file in advance of final, direct review of turnover from TCF<br>Turnover of bank funds | 0.50<br>350.00/hr | 175.00 |
|---|---|---|---|---|
| 1/17/2007 | DEG | Follow-up letter to TCF regarding turnover of account balance<br>Turnover of bank funds | 0.30<br>350.00/hr | 105.00 |
| 1/19/2007 | DEG | Review of demand to TCF and re-examine file in adversary of final report<br>Turnover of bank funds | 0.30<br>350.00/hr | 105.00 |
| 2/8/2007 | DEG | Second letter to re-explain turnover to TCF<br>Turnover of bank funds | 0.40<br>350.00/hr | 140.00 |
| 2/15/2007 | DEG | Third letter regarding turnover from TCF<br>Turnover of bank funds | 0.40<br>350.00/hr | 140.00 |

SUBTOTAL:                                                            [        1.90          665.00]

For professional services rendered                                        32.90      $11,515.00

Trustee has administered this matter under the belief that the claim of Cole Taylor Bank had been paid its claim through the liquidation of assets of Mark Guse individually. Mr. Guse was a personal guarantee of the loan from Cole Taylor Bank and had provided his personal release and other personal assets to support the guarantee.

Cole Taylor never contacted the Trustee, never moved to modify the stay nor filed a claim. The assets of the estate were liquidated and since turnover over to the Trustee.

Prior to closing of the case the Trustee contacted both the debtor's attorney and Cole Taylor to verify that the claim had been paid.

Cole Taylor and counsel then advised the Trustee that an amount was still due the Bank as per its claim. The request for fees for the Trustee, counsel and accountant are thus made under 11 USC 506(c) as well as pursuant to 11 USC 326, 330 and under 507(a).

**EXHIBIT B**

**DISPOSITION OF ESTATE PROPERTY**

| Scheduled Property and Disposition | Amount Realized |
|---|---|
|  |  |

| Unscheduled Property | Amount Realized |
|---|---|
| See Forms 1 & 2, attached hereto |  |

TOTAL RECEIPTS                                                    $           113,607.59

TOTAL SCHEDULED VALUE
OF PROPERTY ABANDONED                              $                0.00

TOTAL SCHEDULED VALUE
OF EXEMPT PROPERTY                                      $                0.00

**EXHIBIT C**

**CASH RECEIPTS AND DISBURSEMENTS**

# Form 1

Page: 1

## Individual Estate Property Record and Report
### Asset Cases

| | |
|---|---|
| **Case Number:** 04B-39579 JS | |
| **Case Name:** GUSE ERICKSON CO A CORPORATION | |
| **Period Ending:** 04/11/07 | |

**Trustee:** (520067)  DAVID GROCHOCINSKI, TRUSTEE
**Filed (f) or Converted (c):** 10/25/04 (f)
**§341(a) Meeting Date:** 12/14/04
**Claims Bar Date:** 03/17/05

| | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | ACCOUNTS RECEIVABLE | 667,433.54 | 194,471.96 | | 104,986.58 | FA |
| 2 | CHECKING ACCOUNT | 7,000.00 | 7,000.00 | | 7,270.31 | FA |
| 3 | 2002 LINCOLN TOWN CAR | 22,642.00 | 0.00 | | 0.00 | FA |
| 4 | FORD FOCUS | 10,690.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 1,350.70 | Unknown |
| **5** | **Assets**      **Totals** (Excluding unknown values) | **$707,765.54** | **$201,471.96** | | **$113,607.59** | **$0.00** |

**Major Activities Affecting Case Closing:**

INVESTIGATING DOCUMENTS REGARDING PREFERENCES AND OTHER TRANSFERS AND BACKUP DOCUMENTS ON ACCOUNTS RECEIVABLE AND POTENTIAL SECURITY INTERESTS
TURNOVER MATTERS PENDING ON PRE-PETITION PAYMENTS
SOME MECHANICS LIEN LITIGATION PENDING
TAX RETURNS PENDING
TURNOVER OF BANK ACCOUNT FUNDS PENDING

**Initial Projected Date Of Final Report (TFR):** June 30, 2006      **Current Projected Date Of Final Report (TFR):** June 30, 2007

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 04B-39579 JS |
| **Case Name:** | GUSE ERICKSON CO A CORPORATION |
| **Taxpayer ID #:** | 36-3685514 |
| **Period Ending:** | 04/11/07 |

| | |
|---|---|
| **Trustee:** | DAVID GROCHOCINSKI, TRUSTEE (520067) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****89-19 - Time Deposit Account |
| **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Time Deposit<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/06/05 | | FUNDING ACCOUNT: ********8965 | | 9999-000 | 40,000.00 | | 40,000.00 |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.9000% | 1270-000 | 25.65 | | 40,025.65 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.9000% | 1270-000 | 29.62 | | 40,055.27 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.9000% | 1270-000 | 30.63 | | 40,085.90 |
| 01/05/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.0500% | 1270-000 | 3.95 | | 40,089.85 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.0500% | 1270-000 | 30.99 | | 40,120.84 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.0500% | 1270-000 | 32.33 | | 40,153.17 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.0500% | 1270-000 | 35.82 | | 40,188.99 |
| 04/06/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.0500% | 1270-000 | 5.78 | | 40,194.77 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.1500% | 1270-000 | 34.09 | | 40,228.86 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.1500% | 1270-000 | 39.31 | | 40,268.17 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.1500% | 1270-000 | 38.08 | | 40,306.25 |
| 07/06/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.1500% | 1270-000 | 6.35 | | 40,312.60 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.4000% | 1270-000 | 42.36 | | 40,354.96 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.4000% | 1270-000 | 48.02 | | 40,402.98 |
| 10/05/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.4000% | 1270-000 | 52.72 | | 40,455.70 |
| 01/04/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.4000% | 1270-000 | 141.45 | | 40,597.15 |
| 04/05/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.4000% | 1270-000 | 141.95 | | 40,739.10 |
| 04/06/07 | | To Account #********8965 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | | 40,739.10 | 0.00 |

| | | | | Subtotals : | $40,739.10 | $40,739.10 | |
|---|---|---|---|---|---|---|---|

{} Asset reference(s)

Printed: 04/11/2007 12:04 PM     V.9.02

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

| Case Number: | 04B-39579 JS | | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
| Case Name: | GUSE ERICKSON CO A CORPORATION | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****89-19 - Time Deposit Account |
| Taxpayer ID #: | 36-3685514 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 04/11/07 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Time Deposit<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | **40,739.10** | **40,739.10** | $0.00 |
| | | | Less: Bank Transfers | | 40,000.00 | 40,739.10 | |
| | | | **Subtotal** | | **739.10** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$739.10** | **$0.00** | |

{} Asset reference(s)

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 04B-39579 JS | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|
| Case Name: | GUSE ERICKSON CO A CORPORATION | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****89-20 - Time Deposit Account |
| Taxpayer ID #: | 36-3685514 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 04/11/07 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Time Deposit Account Balance |
|---|---|---|---|---|---|---|---|
| 06/23/06 | | FUNDING ACCOUNT: ********8965 | | 9999-000 | 20,000.00 | | 20,000.00 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5500% | 1270-000 | 6.80 | | 20,006.80 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5500% | 1270-000 | 26.35 | | 20,033.15 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5500% | 1270-000 | 26.39 | | 20,059.54 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5500% | 1270-000 | 24.72 | | 20,084.26 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5500% | 1270-000 | 26.45 | | 20,110.71 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5500% | 1270-000 | 25.64 | | 20,136.35 |
| 12/22/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5500% | 1270-000 | 18.82 | | 20,155.17 |
| 03/23/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.4000% | 1270-000 | 70.47 | | 20,225.64 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 20,225.64 | 0.00 | $20,225.64 |
| Less: Bank Transfers | 20,000.00 | 0.00 |
| Subtotal | 225.64 | 0.00 |
| Less: Payments to Debtors | | 0.00 |
| NET Receipts / Disbursements | $225.64 | $0.00 |

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 04B-39579 JS
**Case Name:** GUSE ERICKSON CO A CORPORATION

**Taxpayer ID #:** 36-3685514
**Period Ending:** 04/11/07

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****89-65 - Money Market Account
**Blanket Bond:** $5,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/15/04 | {1} | DANIEL W. HYNES | ACCOUNTS RECEIVABLE | 1121-000 | 49,890.35 | | 49,890.35 |
| 12/31/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2500% | 1270-000 | 4.09 | | 49,894.44 |
| 01/31/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3000% | 1270-000 | 12.51 | | 49,906.95 |
| 02/18/05 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2004 FOR CASE #04B-39579, BOND #016026455 TERM: 2/1/05-2/1/06 | 2300-000 | | 44.14 | 49,862.81 |
| 02/28/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3500% | 1270-000 | 11.90 | | 49,874.71 |
| 03/31/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3500% | 1270-000 | 14.83 | | 49,889.54 |
| 04/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 14.35 | | 49,903.89 |
| 05/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 14.84 | | 49,918.73 |
| 06/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4000% | 1270-000 | 15.94 | | 49,934.67 |
| 07/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 17.31 | | 49,951.98 |
| 08/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 19.09 | | 49,971.07 |
| 09/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 19.65 | | 49,990.72 |
| 10/06/05 | | ACCOUNT FUNDED: ********8919 | | 9999-000 | | 40,000.00 | 9,990.72 |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 7.08 | | 9,997.80 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 4.52 | | 10,002.32 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.00 | | 10,007.32 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 5.64 | | 10,012.96 |
| 02/09/06 | 1002 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2005 FOR CASE #04B-39579, Bond #016026455 | 2300-000 | | 42.81 | 9,970.15 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 5.38 | | 9,975.53 |
| 03/21/06 | {1} | DANIEL W. HYNES | PARTIAL SETTLEMENT/CAPITAL | 1121-000 | 13,895.02 | | 23,870.55 |

**Subtotals :**  **$63,957.50**   **$40,086.95**

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 04B-39579 JS
**Case Name:** GUSE ERICKSON CO A CORPORATION

**Taxpayer ID #:** 36-3685514
**Period Ending:** 04/11/07

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****89-65 - Money Market Account
**Blanket Bond:** $5,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | DEVELOPMENT BOARD | | | | | |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.7000% | | 1270-000 | 8.06 | | 23,878.61 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | | 1270-000 | 15.12 | | 23,893.73 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | | 1270-000 | 16.24 | | 23,909.97 |
| 06/23/06 | | ACCOUNT FUNDED: ********8920 | | | 9999-000 | | 20,000.00 | 3,909.97 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | | 1270-000 | 12.22 | | 3,922.19 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | | 1270-000 | 2.67 | | 3,924.86 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | | 1270-000 | 2.67 | | 3,927.53 |
| 09/19/06 | {1} | DANIEL W. HYNES | SETTLEMENT OF CONTRACT IN CDB NO.<br>51-0484-81 PER ORDER OF 9//8/06 | | 1121-000 | 41,201.21 | | 45,128.74 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | | 1270-000 | 10.62 | | 45,139.36 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | | 1270-000 | 31.64 | | 45,171.00 |
| 11/06/06 | 1003 | CARY, FILTER, WHITE AND<br>BOLAND | INTERIM COMPENSATION AND EXPENSES<br>TO SPECIAL COUNSEL | | | | 9,136.49 | 36,034.51 |
| | | | FEES | 9,083.50 | 3210-600 | | | 36,034.51 |
| | | | EXPENSES | 52.99 | 3220-610 | | | 36,034.51 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | | 1270-000 | 25.48 | | 36,059.99 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | | 1270-000 | 22.91 | | 36,082.90 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | | 1270-000 | 24.06 | | 36,106.96 |
| 02/12/07 | 1004 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER<br>BALANCE AS OF 12/31/2006 FOR CASE<br>#04B-39579, BOND# 016026455 - TERM<br>2/1/07-2/1/08 | | 2300-000 | | 84.38 | 36,022.58 |
| 02/16/07 | {2} | TCF NATIONAL BANK | TURNOVER OF FUNDS IN ACCOUNT | | 1129-000 | 7,270.31 | | 43,292.89 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | | 1270-000 | 19.02 | | 43,311.91 |

|  |  | Subtotals : | **$48,662.23** | **$29,220.87** |
|---|---|---|---|---|

{} Asset reference(s)

## Form 2

### Cash Receipts And Disbursements Record

| Case Number: | 04B-39579 JS | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|
| Case Name: | GUSE ERICKSON CO A CORPORATION | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****89-65 - Money Market Account |
| Taxpayer ID #: | 36-3685514 | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 04/11/07 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 03/29/07 | 1005 | UPS | OVERNIGHT DELIVERY FEES | 2990-000 | | 16.99 | 43,294.92 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 23.12 | | 43,318.04 |
| 04/06/07 | | From Account #********8919 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | 40,739.10 | | 84,057.14 |

|  | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 153,381.95 | 69,324.81 | **$84,057.14** |
| Less: Bank Transfers | 40,739.10 | 60,000.00 | |
| **Subtotal** | 112,642.85 | 9,324.81 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$112,642.85** | **$9,324.81** | |

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 04B-39579 JS | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
| Case Name: | GUSE ERICKSON CO A CORPORATION | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****89-66 - Checking Account |
| Taxpayer ID #: | 36-3685514 | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 04/11/07 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 04B-39579 JS |
| Case Name: | GUSE ERICKSON CO A CORPORATION |
| Taxpayer ID #: | 36-3685514 |
| Period Ending: | 04/11/07 |

| | |
|---|---|
| Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****89-67 - Money Market Account |
| Blanket Bond: | $5,000,000.00   (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $0.00 | |

| | |
|---|---|
| Net Receipts : | 113,607.59 |
| Net Estate : | $113,607.59 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| CD # ***-*****89-19 | 739.10 | 0.00 | 0.00 |
| CD # ***-*****89-20 | 225.64 | 0.00 | 20,225.64 |
| MMA # ***-*****89-65 | 112,642.85 | 9,324.81 | 84,057.14 |
| Checking # ***-*****89-66 | 0.00 | 0.00 | 0.00 |
| MMA # ***-*****89-67 | 0.00 | 0.00 | 0.00 |
| | $113,607.59 | $9,324.81 | $104,282.78 |

{} Asset reference(s)

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN RE:
GUSE ERICKSON CO A CORPORATION

|  |
|---|
| CHAPTER 7 CASE |
| CASE NO. 04B-39579 JS |
| JUDGE JOHN SQUIRES |

Debtor(s)

**PROPOSED DISTRIBUTION REPORT**

    I, <u>DAVID GROCHOCINSKI, TRUSTEE</u> herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

    <u>SUMMARY OF DISTRIBUTION:</u>

| | |
|---|---:|
| Secured Claims: | $ 81,601.10 |
| Chapter 7 Administrative Expenses: | $ 22,681.68 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 0.00 |
| | |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ 104,282.78 |

**EXHIBIT D**

**DISTRIBUTION REPORT**                                                        **PAGE 1**

| 1. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|---|
| Secured Claims | | $ | 248,480.07 | 32.84% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| 026 | COLE TAYLOR BANK | 248,480.07 | 81,601.10 |

| 2. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $ | 22,681.68 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| ADMIN1 | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | 3,780.00 | 3,780.00 |
| ADMIN2 | DAVID GROCHOCINSKI, TRUSTEE | 8,930.38 | 8,930.38 |
| ADMIN3 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 236.30 | 236.30 |
| ADMIN4 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 9,735.00 | 9,735.00 |

| 3. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | | $ | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 4. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|---|

§507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f)   $   0.00   0.00%

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL   $ | 0.00 |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|

§507(a)(3) - Wages, salaries or commissions limited to $4,300.00   $   0.00   0.00%

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL   $ | 0.00 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|

§507(a)(4) - Contributions to Employee Benefit Funds   $   0.00   0.00%

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL   $ | 0.00 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|

§507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00   $   0.00   0.00%

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL   $ | 0.00 |

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|

507(a)(6) - Deposits by consumers to the extent of $1,950.00   $   0.00   0.00%

| CLAIM NUMBER | CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|---|
| | | TOTAL | $ | 0.00 |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(7) - Alimony | $      0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|---|
| | | TOTAL | $ | 0.00 |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §724(b)(6) - Tax Liens: | $      0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|---|
| | | TOTAL | $ | 0.00 |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(8) - Tax claims excluding fines and penalties | $    948.20 | 0.00% |

| CLAIM NUMBER | CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|---|
| 025 | ILLINOIS DEPT. OF EMPLOYMENT SECURITY | | 947.20 | 0.00 |
| 027 | ILLINOIS DEPT. OF REVENUE | | 1.00 | 0.00 |
| | | TOTAL | $ | 0.00 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(9) - Capital Commitments to FDIC, et al. | $      0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|

|  |  | TOTAL | $ | 0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | | $ 1,355,106.12 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 001 | MCWILLIAMS ELECTRIC CO., INC. | 40,557.99 | 0.00 |
| 003 | NORTHERN CONTRACTING INC. | 960.00 | 0.00 |
| 004 | PRECISION METALS, INC. | 2,834.29 | 0.00 |
| 005 | MA BRUDER | 2,631.11 | 0.00 |
| 007 | WIRTZ RENTALS | 2,000.00 | 0.00 |
| 008 | MCMASTER CARR | 985.29 | 0.00 |
| 009 | ACM ELEVATOR | 10,470.00 | 0.00 |
| 010 | ACCURATE PARTITIONS CORP. | 880.00 | 0.00 |
| 011 | HARRY KLOEPPEL & ASSOCIATES, INC. | 57,000.00 | 0.00 |
| 013 | RSI | 1,450.60 | 0.00 |
| 016 | K KEUP CONCRETE CONSTRUCTION | 6,616.00 | 0.00 |
| 017 | J P PHILLIPS | 6,880.00 | 0.00 |
| 018 | SERVICE GLASS CO | 49,788.00 | 0.00 |
| 019 | CHRIS INDUSTRIES INC. | 5,576.53 | 0.00 |
| 020 | AIRPORT ELECTRIC COMPANY | 17,517.94 | 0.00 |
| 021 | SWISSLER BROS PLUMBING | 33,958.37 | 0.00 |
| 022 | UNITED FIRE AND CASUALTY COMPANY | 811,000.00 | 0.00 |
| 023 | CAPITOL INDEMNITY CORP | 304,000.00 | 0.00 |
|  | TOTAL | $ | 0.00 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| General Unsecured Subordinated claims | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|

| | | | | TOTAL | $ | 0.00 |
|---|---|---|---|---|---|---|

| **15.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| §726(a)(3) - Late unsecured claims | | $ 300.00 | 0.00% |

| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
|---|---|---|---|
| 025 | ILLINOIS DEPT. OF EMPLOYMENT SECURITY | 150.00 | 0.00 |
| 027 | ILLINOIS DEPT. OF REVENUE | 150.00 | 0.00 |
| | | TOTAL      $ | 0.00 |

| **16.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| §726(a)(4) - Fines/penalties | | $ 0.00 | 0.00% |

| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
|---|---|---|---|
| | | TOTAL      $ | 0.00 |

| **17.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| §726(a)(5) - Interest | | $ 0.00 | 0.00% |

| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
|---|---|---|---|
| | | TOTAL      $ | 0.00 |

| **18.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| §726(a)(6) - Surplus to Debtor | | $ 0.00 | 0.00% |

| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
|---|---|---|---|
| | | TOTAL      $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Secured | 002 | RE BURKE ROOFING & SHEET METAL CO INC. CHITKOWSKI LAW OFFICES 801 WARRENVILLE ROAD, SUITE 620 LISLE, IL  60532- | $ 13,700.00 | Disallowed |
| Secured | 006 | DOOR SYSTEMS INC 751 EXPRESSWAY DRIVE ITASCA, IL  60143- | $  3,835.00 | Disallowed |
| Secured | 012 | ECC 16602 S. CRAWFORD AVENUE -3 MARKHAM, IL  60426- | $ 12,954.52 | Disallowed |
| Unsecured | 014 | RSI 1313 CIRCLE AVENUE FOREST PARK, IL  60130- | $  1,450.60 | Disallowed |
| Unsecured | 015 | RSI 1313 CIRCLE AVENUE FOREST PARK, IL  60130- | $  1,450.60 | Disallowed |
| Secured | 024 | MID-STATE CORP 1000 TOWN CENTER SUITE 1800 SOUTHFIELD, MI  48075- | $  2,000.00 | Disallowed |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.


DATED: _____      _____

                                     DAVID GROCHOCINSKI, TRUSTEE

## PROFESSIONAL FEES AND EXPENSES

| | Previously Allowed | Pending Compensation Applications | Fees & Expenses Total |
|---|---|---|---|
| **Attorney for Trustee** | | | |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. Expenses | 0.00 | 236.30 | |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. Fees | 0.00 | 9,735.00 | |
| | | | 9,971.30 |
| **Accountant for Trustee** | | | |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC Fees | 0.00 | 3,780.00 | |
| | | | 3,780.00 |
| **Attorney for Debtor** | | | |
| | | | 0.00 |
| **Other Professionals** | | | |
| | | | 0.00 |
| | | | |
| TOTALS | $        0.00 | $     13,751.30 | $     13,751.30 |

1