**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>GUSE ERICKSON CO A CORPORATION<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 04B-39579 JS<br><br>JUDGE JOHN SQUIRES |

### NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At:   DuPage County Courthouse
         505 N County Farm Road, Room 2000
         Wheaton, Illinois 60187

   On:   **August 24, 2007**
   At:   **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                              $         113,607.59

   b. Disbursements                         $           9,324.81

   c. Net Cash Available for Distribution   $         104,282.78

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows pursuant to 11 USC 506(c) and 11 USC 330:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | 0.00 | $3,780.00 | |

| | | |
|---|---|---|
| (Trustee's Accountant Fees) | | |
| DAVID GROCHOCINSKI, TRUSTEE | 0.00 | $8,930.38 |
| (Trustee Fees) | | |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 0.00 | $236.30 |
| (Trustee's Firm Legal Expenses) | | |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 0.00 | $9,735.00 |
| (Trustee's Firm Legal Fees) | | |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, secured claims totaling $248,480.07 must be paid in full for there to be any dividend to priority claims totaling $948.20 and must be paid in full for there to be any dividend to general unsecured creditors.  The secured dividend is anticipated to be 32.84%.  The priority dividend is anticipated to be 0.00%.

Allowed secured claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 026 | Cole Taylor Bank | $248,480.07 | $81,601.10 |

7. Claims of general unsecured creditors totaling $1,355,106.12 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 001 | MCWILLIAMS ELECTRIC CO., INC. | $ 40,557.99 | $ 0.00 |
| 003 | NORTHERN CONTRACTING INC. | $ 960.00 | $ 0.00 |
| 004 | PRECISION METALS, INC. | $ 2,834.29 | $ 0.00 |
| 005 | MA BRUDER | $ 2,631.11 | $ 0.00 |
| 007 | WIRTZ RENTALS | $ 2,000.00 | $ 0.00 |
| 008 | MCMASTER CARR | $ 985.29 | $ 0.00 |
| 009 | ACM ELEVATOR | $ 10,470.00 | $ 0.00 |

| | | | |
|---|---|---:|---:|
| 010 | ACCURATE PARTITIONS CORP. | $ 880.00 | $ 0.00 |
| 011 | HARRY KLOEPPEL & ASSOCIATES, INC. | $ 57,000.00 | $ 0.00 |
| 013 | RSI | $ 1,450.60 | $ 0.00 |
| 016 | K KEUP CONCRETE CONSTRUCTION | $ 6,616.00 | $ 0.00 |
| 017 | J P PHILLIPS | $ 6,880.00 | $ 0.00 |
| 018 | SERVICE GLASS CO | $ 49,788.00 | $ 0.00 |
| 019 | CHRIS INDUSTRIES INC. | $ 5,576.53 | $ 0.00 |
| 020 | AIRPORT ELECTRIC COMPANY | $ 17,517.94 | $ 0.00 |
| 021 | SWISSLER BROS PLUMBING | $ 33,958.37 | $ 0.00 |
| 022 | UNITED FIRE AND CASUALTY COMPANY | $ 811,000.00 | $ 0.00 |
| 023 | CAPITOL INDEMNITY CORP | $ 304,000.00 | $ 0.00 |
| 025 | ILLINOIS DEPT. OF EMPLOYMENT SECURITY | $ 150.00 | $ 0.00 |
| 027 | ILLINOIS DEPT. OF REVENUE | $ 150.00 | $ 0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has not been discharged.

11. The Trustee proposed to abandon the following property at the hearing: None

Dated: **July 31, 2007**              For the Court,

By: **KENNETH S GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL  60604

Trustee:  DAVID GROCHOCINSKI, TRUSTEE
Address:  1900 RAVINIA PLACE, ORLAND PARK, IL  60462, Phone No.:  (708) 226-2700

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN**

IN RE:                               CHAPTER 7 CASE
GUSE ERICKSON CO A CORPORATION

                                           CASE NO. 04B-39579 JS

                                           JUDGE JOHN SQUIRES
                Debtor(s)

**ORDER AWARDING COMPENSATION AND EXPENSES**

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration pursuant to 11 USC 506(c) and 11 USC 330, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---:|
| 1. | Trustee's compensation | $ | 8,930.38 |
| 2. | Trustee's expenses | $ | 0.00 |
| | TOTAL | $ | 8,930.38 |
| 3. | Chapter 11 Trustee's compensation | $ | 0.00 |
| 4. | Chapter 11 Trustee's expenses | $ | 0.00 |
| | TOTAL | $ | 0.00 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

1. Attorney for the Trustee
   a. Compensation     $ 9,735.00

   b. Expenses     $ 236.30

   c. Chapter 11 Compensation     $ 0.00

   d. Chapter 11 Expenses     $ 0.00

2. Accountant for the Trustee
   a. Compensation     $ 3,780.00

   b. Expenses     $ 0.00

   c. Chapter 11 compensation     $ 0.00

      d. Chapter 11 Expenses        $_____0.00

3.     Other Professionals

                      TOTAL        $_____13,751.30

    IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____ , 200__ .

                      ENTERED _____
                      JOHN SQUIRES
                      UNITED STATES BANKRUPTCY JUDGE

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

9579   Doc 59   Filed 07/31/07   Entered 08/03/07 00:47:35   Desc Imaged
Certificate of Service   Page 6 of 7

# CERTIFICATE OF SERVICE

District/off: 0752-1        User: amcc7              Page 1 of 2              Date Rcvd: Jul 31, 2007
Case: 04-39579              Form ID: pdf002          Total Served: 101

The following entities were served by first class mail on Aug 02, 2007.
```
db         +Guse Erickson Co a Corporation,    c/o Mark E Guse,    2 Jacqueline Drive,
             Downers Grove, IL 60515-4308
aty        +Cary Brown,    Law Office of Cary Brown,    7220 West 194th Street,    Suite 107,
             Tinley Park, IL 60487-9228
aty        +Christopher H Purcell,    Sherman & Sherman,    120 S LaSalle St,    Suite 1460,
             Chicago, IL 60603-3575
aty        +David E Grochocinski,    Grochocinski & Grochocinski,    1900 Ravinia Place,
             Orland Park, IL 60462-3760
aty        +Grochocinski Grochocinski & Lloyd Ltd,    1900 Ravinia Place,    Orland Park, IL 60462-3760
aty        +Kevin Murnighan,    Carey, Filter, White & Boland,    33 W Jackson,    5th Floor,
             Chicago, IL 60604-4092
aty        +Richard G Larsen,    Myler, Ruddy & McTavish,    105 E. Galena Blvd., 8th Floor,
             Aurora, IL 60505-3338
aty        +Scott T Chase,    1793 Bloomingdale Road,    Glendale Height, IL 60139-3800
tr         +David E Grochocinski,    Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
             Orland Park, IL 60462-3760
8619304    +ACM Elevator,    Otis Elevator Company,    Attn: Treasury Services,    1 Farm Springs Rd,
             Farmington, CT 06032-2557
8619302    +Accurate Custom Cabinets,    115 West Fay Avenue,    Addison, IL 60101-5091
8619303    +Accurate Partitions Corp.,    POB 287,    Lyons, IL 60534-0287
8619305    +Airport Electric Company,    6342 S. Central Avenue,    Chicago, IL 60638-5596
8619306    +All American Roofing Inc.,    550 Telser Road,    Lake Zurich, IL 60047-1500
8619307    +Allied Drywall Materials,    222 East Windsor,    Lombard, IL 60148-2396
8619308    +Armor Tile and Supply,    13700 South Cicero Avenue,    Crestwood, IL 60445-1897
8619309    +Bornquist, Inc.,    7050 Lehigh Avenue,    Chicago, IL 60646-1298
8619310    +Built Right,    550 North York Road,    Bensenville, IL 60106-1607
8619311    +C & C Sealants,    576 Covered Bridge Drive,    Elgin, IL 60124-5613
8619312    +Capital Devlopment Board of IL,    401 S. Spring Street,    Springfield, IL 62706-4050
8619313    +Capital Indemnity Corporation,    POB 5900,    Madison, WI 53705-0900
9044968    +Capitol Indemnity Corporation,    c/o Leo & Weber, P.C.,    One N LaSalle Street, Ste 3600,
             Chicago IL 60602-4015
8619314    +Carey, Filter, White & Boland,    33 W. Jackson Blvd. - 5th FL,    Chicago , IL 60604-4092
8619315    +Chicago Block & Brick,    POB 5222,    Lisle, IL 60532-5222
8619316    +Chris Industries, Inc.,    2810 Old Willow Road,    Northbrook, IL 60062-6809
8619317    +Classic Hardware,    388 Gunderson Drive,    Carol Stream, IL 60188-2422
8619318    +Cole Taylor Bank,    POB 88483,    Chicago, IL 60680-1483
8619319    +D J Sweeney,   6813 Hobson Valley Drive - 106,    Woodridge, IL 60517-1451
8619320    +Division 10 Supplies, Inc.,    371 Balm Court,    Woodale, IL 60191-1253
8619321     Door Doctors,    38 West 640 Sunset Drive,    St. Charles, IL  60175
8619322    +Door Sytems Inc.,    751 Expressway Drive,    Itasca, IL 60143-1369
8619323    +Drost, Schultz & Pohl,    1530 E. Dundee Rd. - 200,    Palatine, IL 60074-8397
8619325    +ECC,    16602 S. Crawford Ave. - 3,    Markham, IL 60428-5378
8619326    +EHC Industries,    366 Hollow Hill Drive,    Wauconda, IL 60084-3301
8619324    +Eagle R,    1716 Indian Avenue,    Aurora, IL 60505-3142
8619327     Flynn & Associates,    14640 Shetland Drive,    Homer Glen, IL  60491-8808
8619328    +Ford Credit,    POB 64400,    Colorado Springs, CO 80962-4400
8619329    +Great Lakes Plumbing,    4521 West Diversey,    Chicago, IL 60639-1959
8619330    +Harry Kloeppel,    2399 S. Foster Avenue,    Wheeling, IL 60090-6510
8826810    +Harry Kloeppel & Associates, Inc,    2399 S Foster Avenue,    Wheeling, IL 60090-6510
8619331    +Henry Schein,    135 Duryea Road,    Melville, NY 11747-3834
8619332    +Home Depot,    POB 6031,    The Lakes, NV 88901-6031
8619333    +ICS,    400 Fisher Street - Unit H,    Munster, IN 46321-2358
8619334    +Illiana Inc.,    355 North Clark Road,    Gary, IN 46406-1157
8619335    +Illinois Department of Labor,    160 N. LaSalle St.-Suite C1300,    Chicago, IL 60601-3114
11278437   +Illinois Department of Revenue,    Bankruptcy Section,    100 West Randolph Street  Level 7-410,
             Chicago, Illinois 60601-3218
9713735    +Illinois Dept of Employment Security,    33 S State St,    Chicago IL 60603-2802
8619336    +Impressions Cleaning,    828 North Addison Avenue,    Elmhurst, IL 60126-1218
8619337    +Indoff,    2400 E. Main St. - 161,    St. Charles, IL 60174-2415
8619338    +J P Phillips,    3220 Wolf Road,    Franklin Park, IL 60131-1327
8619339    +Jepp Corp.,    1466 Farington,    Naperville, IL 60563-2218
8619340    +John Caretti & Company,    2243 North Lister Street,    Chicago, IL 60614-9016
8619341    +Just Right Accoustics,    201 Crossen Avenue,    ElkGroveVillage, IL 60007-1611
8619342    +K Keup Concrete Construction,    POB 880,    Batavia, IL 60510-0880
8619353    +K. Keup Concrete Construction,    c/o Mr. Michael T. Nigro,    Nigro & Westfall,
             1793 Bloomingdale Road,    Glendale Heights, IL 60139-2187
8619343    +Lance Construction,    4225 West Ogden Avenue,    Chicago, IL 60623-2977
8619344     M A Bruder,    351 Indian Trail Road,    Aurora, IL  60505
8619345    +Malibu Construction,    POB 9196,    Naperville, IL 60567-0196
8619346     Maria's Construction,    c/o Barry A. Chatz, Trustee,    120 S. Riverside Plaza -1200,
             Chicago, IL  60606-3910
8619347    +McMaster Carr,    POB 7690,    Chicago , IL 60680-7690
8619348    +McWilliams Electric Co., Inc,    c/o Timothy Hickey,    Hinshaw & Culberston LLP,
             222 N LaSalle St., Ste 300,    Chicago IL 60601-1081
8619349    +Meyer Paving, Inc.,    1051 N. Rohling Road,    Lombard, IL 60148-1132
9057381    +Mid-State Corp,    1000 Town Center Ste 1800,    Southfield MI 48075-1183
8619350    +Mid-State Surety Corporation,    102 Kercheval Avenue,    GrossePointFarms, MI 48236-3660
8619351    +Midwest Fence,    900 N. Kedzie,    Chicago, IL 60651-4187
8619352     Mr. Barry A. Chatz,    Arnstein & Lehr,    120 Riverside Plaza - 1200,    Chicago, IL  60606-3910
8619385    +Mr. Douglas W. Bax,    20 N. Wacker Drive - 3230,    Chicago, IL 60606-3102
8619354    +Nesterowicz & Associates, Inc.,    313 West Main Street,    Kirkland, IL  60146
8619355    +Northern Contracting Inc.,    1851 Coltonville Road,    Sycamore, IL 60178-2662
8619356    +O'Neal Building Systems,    1500 Little Avenue,    Sauget, IL 62206-1146
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2              Date Rcvd: Jul 31, 2007
Case: 04-39579                Form ID: pdf002          Total Served: 101

8619357      +Overland Doors of Illinois,   601 Ridge Road,   Homewood, IL 60430-2015
8619358      +Precision Metals, Inc.,   5265 North 124th Street,   Milwaukee, WI 53225-2901
8619359      +Prospect Office Center,   c/o Buren & Co., Inc.,   2811 S. Fairfield Avenue,
               Lombard, IL 60148-1359
8619360      +R & W Clark,   15563 S. 70th Court,   Orland Park, IL 60462-5105
8619361      +R D Roman,   2421 North Coart Street,   Rockford, IL 61103-3931
8619362      +R E Burke,   7667 Gross Point Road,   Skokie, IL 60077-2611
8769962      +R.E. Burke Roofing and Sheet Metal Co., Inc.,   Chitkowski Law Offices,
               801 Warrenville Road, Suite 620,   Lisle, IL 60532-4348
8619367      +RSI,   1313 Circle Avenue,   Forest Park, IL 60130-2418
8619368       RSM McGladrey, Inc.,   30 S. Wacker Drive - 3500,   Chicago, IL 60606-7462
8619363      +Rauch Clay Sales Corp.,   3037 S. Christiana Ave.,   Chicago, IL 60623-4606
8619364      +Rental Max,   929 North Lake,   Aurora, IL 60506-2515
8619365      +Revilo, Ltd.,   813 East 142nd Street,   Dolton, IL 60419-1351
8619366      +Roughneck Concrete Drilling,   8400 Lehigh Avenue,   Morton Grove, IL 60053-2617
8619369      +Safe Guard Security,   4728 Goldfield - Bld 8,   San Antonio, TX 78218-4669
8619370      +Service Glass Co.,   4161 South Morgan,   Chicago, IL 60609-2516
8619371      +Steel Management Inc.,   215 Lakeside Court # 1225,   St. Charles, IL 60174-7928
8619372      +Streich Corporation,   8230 86th Court,   Justice, IL 60458-1763
8619373      +Stutz Plumbing,   7240 Circle Avenue,   Forest Park, IL 60130-1163
8619374      +Super Masonry Cleaning,   524 Colorado Avenue,   Aurora, IL 60506-2220
8619375      +Swissler Bros. Plumbing,   POB 41,   South Elgin, IL 60177-0041
8619376      +Tony's Painting,   630 Iowa Avenue,   Aurora, IL 60506-2906
8619377      +Tree Towns,   542 Spring Road,   Elmhurst, IL 60126-3860
8619378      +Tri-City Excavation,   POB 412,   Batavia, IL 60510-0412
8619379      +United Fire & Casualty Company,   118 Second Avenue SE,   Cedar Rapids, IA 52401-1253
9044576      +United Fire and Casualty Company,   c/o Leo & Weber P.C.,   One N LaSalle Street, Ste 3600,
               Chicago IL 60602-4015
8619380      +Valley Security Co.,   88 Riverwood Drive,   Oswego, IL 60543-9141
8619381      +Villa Mechanical, Inc.,   14001 S. Kostner Avenue,   Crestwood, IL 60445-2207
8619382      +Water One,   960 Muirfield Drive,   Hanover Park, IL 60133-5457
8619383      +Way-Ken Contractors Supply Co.,   3525 N. Milwaukee Avenue,   Chicago, IL 60641-3981
8619384      +Wellbuilt Equipment,   617 South Maple,   Grant Park, IL 60940-9213
8619386      +Wirtz Rentals,   1045 West 47th Street,   Chicago, IL 60609-3379
The following entities were served by electronic transmission.
NONE.                                                                                       TOTAL: 0

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Timothy Hickey,   Hinshaw & Culbertson,   222 N LaSalle St Ste 300,   Chicago
acc          Alan Horewitch
sp           Cary, Filter, White & Boland
acc          Scott, Horewitch Pidgeon & Abrams, LLC
11014327     Cole Taylor Bank, c/o Sheryl A. Fyock, Latimer LeV
                                                                                            TOTALS: 5, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 02, 2007**          **Signature:**  _Joseph Speetjens_