**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>GUSE ERICKSON CO A CORPORATION<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 04B-39579 JS<br><br>JUDGE JOHN SQUIRES |

**DISTRIBUTION REPORT**

I, <u>DAVID GROCHOCINSKI, TRUSTEE</u> herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Secured Claims: | $ 83,325.22 |
| Chapter 7 Administrative Expenses: | $ 22,681.68 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 0.00 |
| | |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ 106,006.90 |

**EXHIBIT D**

**DISTRIBUTION REPORT**                                                                                          **PAGE 1**

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| Secured Claims | | $ 248,480.07 | 33.53% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| 026 | COLE TAYLOR BANK | 248,480.07 | 83,325.22 |

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $ 22,681.68 | 100.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| ADMIN1 | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | 3,780.00 | 3,780.00 |
| ADMIN2 | DAVID GROCHOCINSKI, TRUSTEE | 8,930.38 | 8,930.38 |
| ADMIN3 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 236.30 | 236.30 |
| ADMIN4 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 9,735.00 | 9,735.00 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|

| | | | |
|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL      $ | 0.00 |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(7) - Alimony | | $       0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL      $ | 0.00 |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §724(b)(6) - Tax Liens: | | $       0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL      $ | 0.00 |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | | $     948.20 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 025 | ILLINOIS DEPT. OF EMPLOYMENT SECURITY | 947.20 | 0.00 |
| 027 | ILLINOIS DEPT. OF REVENUE | 1.00 | 0.00 |
| | | TOTAL      $ | 0.00 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | | $       0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|

|  |  | TOTAL | $ | 0.00 |
|---|---|---|---|---|

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | | $ 1,355,106.12 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| 001 | MCWILLIAMS ELECTRIC CO., INC. | 40,557.99 | 0.00 |
| 003 | NORTHERN CONTRACTING INC. | 960.00 | 0.00 |
| 004 | PRECISION METALS, INC. | 2,834.29 | 0.00 |
| 005 | MA BRUDER | 2,631.11 | 0.00 |
| 007 | WIRTZ RENTALS | 2,000.00 | 0.00 |
| 008 | MCMASTER CARR | 985.29 | 0.00 |
| 009 | ACM ELEVATOR | 10,470.00 | 0.00 |
| 010 | ACCURATE PARTITIONS CORP. | 880.00 | 0.00 |
| 011 | HARRY KLOEPPEL & ASSOCIATES, INC. | 57,000.00 | 0.00 |
| 013 | RSI | 1,450.60 | 0.00 |
| 016 | K KEUP CONCRETE CONSTRUCTION | 6,616.00 | 0.00 |
| 017 | J P PHILLIPS | 6,880.00 | 0.00 |
| 018 | SERVICE GLASS CO | 49,788.00 | 0.00 |
| 019 | CHRIS INDUSTRIES INC. | 5,576.53 | 0.00 |
| 020 | AIRPORT ELECTRIC COMPANY | 17,517.94 | 0.00 |
| 021 | SWISSLER BROS PLUMBING | 33,958.37 | 0.00 |
| 022 | UNITED FIRE AND CASUALTY COMPANY | 811,000.00 | 0.00 |
| 023 | CAPITOL INDEMNITY CORP | 304,000.00 | 0.00 |
|  |  | TOTAL   $ | 0.00 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| General Unsecured Subordinated claims | | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |

|  |  | TOTAL | $ | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(3) - Late unsecured claims | $ 300.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 025 | ILLINOIS DEPT. OF EMPLOYMENT SECURITY | 150.00 | 0.00 |
| 027 | ILLINOIS DEPT. OF REVENUE | 150.00 | 0.00 |
|  | TOTAL | $ | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
|  | TOTAL | $ | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
|  | TOTAL | $ | 0.00 |

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
|  | TOTAL | $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Secured | 002 | RE BURKE ROOFING & SHEET METAL CO INC. CHITKOWSKI LAW OFFICES 801 WARRENVILLE ROAD, SUITE 620 LISLE, IL 60532- | $ 13,700.00 | Disallowed |
| Secured | 006 | DOOR SYSTEMS INC 751 EXPRESSWAY DRIVE ITASCA, IL 60143- | $ 3,835.00 | Disallowed |
| Secured | 012 | ECC 16602 S. CRAWFORD AVENUE -3 MARKHAM, IL 60426- | $ 12,954.52 | Disallowed |
| Unsecured | 014 | RSI 1313 CIRCLE AVENUE FOREST PARK, IL 60130- | $ 1,450.60 | Disallowed |
| Unsecured | 015 | RSI 1313 CIRCLE AVENUE FOREST PARK, IL 60130- | $ 1,450.60 | Disallowed |
| Secured | 024 | MID-STATE CORP 1000 TOWN CENTER SUITE 1800 SOUTHFIELD, MI 48075- | $ 2,000.00 | Disallowed |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: 8/31/07                         /s/David Grochocinski
                                        DAVID GROCHOCINSKI, TRUSTEE